| United States District Court | Southern District of Texas |
|---|---|

| | |
|---|---|
| Louis Charles Hamilton, II,<br>SPN 02559768,<br>    Plaintiff,<br>versus<br>Harris County, Texas, *et al.*,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   Civil Action H-11-4420 |

## Opinion on Dismissal

Louis Charles Hamilton filed this case while held in the Harris County Jail. He has been released or transferred from jail, but has failed to keep the court advised of his current address as required by Local Rule 83.4. *See Hamilton v. North Texas State Hospital, et al.*, 7:12cv53 (N.D.Tex) (21, 22, 23, 24). Under the court's inherent power to manage its own docket, this case will be dismissed without prejudice for want of prosecution. *See* Fed. R. Civ. P. 41(b); *Martinez v. Johnson*, 104 F.3d 769 (5th Cir. 1997). On a proper showing, this court will grant relief from this order under Fed. R. Civ. P. 60(b).

Signed May 15, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge